HENRY DEBBE, Respondent, *v.* FREDERICK DEBBE, Appellant.

(Argued June 19, 1873; decided September term, 1873.)

DECIDED on the facts in the case.

*N. C. Moak* for the appellant.

*Washington Sackman* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.